IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 12-8311-DLB

UNITED STATES OF AMERICA,

vs.

FRANK JOSEPH SMITH

    Defendant.
_____/

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel for Defendant, FRANK J. SMITH, along with the appearance of STUART N. KAPLAN in the above-entitled action and further requests all papers in this action be served upon the undersigned at the office address stated below.

I certify that both Counsel listed above are admitted to practice in this court.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 8th day of August, 2012, was electronically filed the foregoing document with the Clerk of Court using CM/ECF.

    KAPLAN & SCONZO, P.A.
    PGA Financial Plaza
    3399 PGA Boulevard, Suite 180
    Palm Beach Gardens, Florida 33410
    Telephone: (561) 296-7900
    Facsimile: (561) 296-7919

    By: */s/ Stuart N. Kaplan*
    STUART N. KAPLAN, ESQUIRE
    Florida Bar No.: 0647934